

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-26-00009-CV

QUIK-WAY RETAIL ASSOCIATES II, LTD., EMPIRE PETROLEUM PARTNERS, LLC,
GPM EMPIRE, LLC AND GPM INVESTMENTS, LLC, Appellants

V.

TAF TARRANT PROPERTIES, LP, AND RP TEXAS MGT, LLC, Appellees

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-352008-24

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

This is an appeal from a final judgment signed on September 22, 2025.[1] On July 9, 2026, the parties filed an "Agreed Motion to Dismiss Cause with Prejudice." The motion asks this Court to dismiss the appeal with prejudice and render judgment effectuating the settlement of the parties pursuant to Rule 42.1(a)(2)(A) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(2)(A).

We grant the motion. In accordance with the parties' agreement, we dismiss the appeal with prejudice and render judgment as follows. *See id.*; TEX. R. APP. P. 43.2(f). Effectuating the parties' settlement agreement, we order the clerk of the district court to release Appellants' supersedeas bond number 30258604. Appellants, all principals under the bond, and Western Surety Company are discharged from all obligations and liability under the bond. *See S.J. Louis Constr. of Tex., Ltd. v. Principle Env't., LLC*, No. 02-16-00266-CV, 2016 WL 5957032, at *1 (Tex. App.—Fort Worth Oct. 13, 2016, no pet.) (per curiam) (mem. op.). We further order the district court clerk to release to GPM Empire, LLC, all funds deposited in the trial court's registry in connection with trial court cause number 141-352008-24, together with any accrued interest.

---

[1]This appeal was transferred to this Court from the Second Court of Appeals pursuant to a Texas Supreme Court docket equalization order. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.). Accordingly, we apply the precedent of the Second Court of Appeals in deciding this case to the extent that it conflicts with our own. *See* TEX. R. APP. P. 41.3.

Each party shall bear its own costs of appeal.  *See* TEX. R. APP. P. 42.1(d).


Scott E. Stevens
Chief Justice

Date Submitted:     July 17, 2026
Date Decided:       July 20, 2026